IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYLE WICKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-11-CV-3342-P |
| | § | |
| OFFICER STEVE HICKMAN | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is a pro se civil rights case filed by an inmate at the Navarro County Justice Center. On December 27, 2011, the Magistrate Judge filed his Findings recommending that this case be dismissed as time-barred. Plaintiff did not file objections to the Magistrate Judge's Findings, but filed a request for appointment of counsel on January 12, 2012.

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Plaintiff's motion for appointment of counsel is denied.

SO ORDERED this 16th day of February, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE